STANSELL et al. v. WESTERN UNION TEL. CO.

(Circuit Court, S. D. California. November 1, 1900.

No. 936.

1. TELEGRAPH—DELAY IN DELIVERY OF MONEY—DAMAGES.
    In an action against a telegraph company to recover damages for the failure to promptly deliver money transmitted through such company to the plaintiff, the fact that plaintiff was evicted from her house because of her failure to receive such money, and the injury to her reputation generally because of such eviction, are consequences too remote to be considered as elements of damages.[1]

2. SAME—MENTAL DISTRESS.
    Mental distress, unaccompanied by physical injury, is not a proper element of damages recoverable from a telegraph company for a failure to promptly deliver money sent through its agency to plaintiff.

[1] Damages in actions against telegraph companies, see note to Railway Co. v. Caulfield, 11 C. C. A. 556.

At Law. On motion to strike out paragraphs 7 and 8 of the complaint.

Paragraphs 7 and 8 of the complaint are as follows:

"(7) That because of the negligence of defendant in failing to transmit and deliver said money as it promised and agreed to do, the plaintiff M. B. Stansell and her family of three (3) children were compelled to vacate their said home on the twenty-first (21st) day of June, 1898, for the nonpayment of rent.

"(8) That the plaintiff M. B. Stansell was greatly excited and disturbed because of her failure to receive said money as expected, and suffered great mental anguish, and her feelings were greatly injured, and she was greatly humiliated, and suffered in reputation because of her said eviction, said plaintiff possessing a large circle of acquaintances in said city of Memphis, Tennessee, at that time; all to her damage in the sum of two thousand five hundred dollars ($2,500)."

Barnwell & Newby, for plaintiffs.
R. B. Carpenter, for defendant.

WELLBORN, District Judge. I am of opinion that the damages claimed in said paragraphs of the complaint are speculative and remote, and, furthermore, that mental distress, unaccompanied by physical injury, is not a proper element of damages in a case of this sort. The motion to strike out will be allowed.